# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| GEORGE BROOKS, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cv-00488 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| CONTRACTOR MANAGEMENT § | |
| SERVICES, LLC d/b/a OPENFORCE, et § | |
| al. § | |
| § | |
| *Defendants.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 6, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #64) that Plaintiff George Brooks's claims against Defendants Contractor Management Services, LLC d/b/a/ Openforce and Ryder Last Mile, Inc. be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Brooks's claims against Defendants Openforce and Ryder Last Mile are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 23rd day of January, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE